UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT THOMAS, | Case No. 4:11-CV-00188-REB |
| Plaintiff/Counter-Defendant, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| GRAND TETON CONSTRUCTION LLC, an Idaho Limited Liability Company, fka GRAND TETON LOG & LUMBER and GRAND TETON DWELLINGS, | |
| Defendant/Counter-Claimant. | |

The court having received from the parties a Stipulation for Dismissal with Prejudice (Dkt. 15) and the matter being fully compromised and settled, and good cause appearing therefor: IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear their own attorney fees.

DATED: **March 14, 2012**

*/s/ Ronald E. Bush*

Honorable Ronald E. Bush
U. S. Magistrate Judge